FILED

MAR 13 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Hamilton Jones

_____

_____

*Plaintiff/Petitioner(s)*

v.

Wexford Healthcare Sources
DR. Coe
Lorie Cunningham
Steve Duncan - Warden
Roderick Matticks

*Defendant/Respondent(s)*

Case Number: 17-258-SMY

(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

Hamilton Jones # R66560
13423 E. 1150 th Ave
Robinson, IL 62454

**Defendant #1:**

B. Defendant Wexford Healthcare Sources is employed as
    (a)  (Name of First Defendant)

Healthcare Provider
    (b)  (Position/Title)

with 501 Holiday DR. Foster Plaza 4
    (c)  (Employer's Name and Address)

Pittsburgh, PA 15220

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?  ☒ Yes  ☐ No

If your answer is YES, briefly explain:
Under contract With IDOC to provide medical
Attention to inmates

**Defendant #2:**

C.     Defendant _Dr. Coe_ is employed as

(Name of Second Defendant)

_Doctor_

(Position/Title)

with _Wexford Healthcare Sources   Foster Plaza 4_

(Employer's Name and Address)

_501 Holiday Dr. Pittsburgh, PA 15220_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

Under Contract with Wexford Healthcare to give
Medical Attention to Inmates.

**Additional Defendant(s) (if any):**

D.     Using the outline set forth above, identify any additional Defendant(s).

1. defendant mrs. Lorie Cunningham
   Position - Healthcare Unit Administrator
   with Wexford Healthcare Sources

E. Steve Duncan -
   Position - Warden Lawrenceville Correctional

F. Defendant - Rogerick Matticks
   Position - Medical director
   with Wexford Healthcare Sources

II.     **PREVIOUS LAWSUITS**

A.      Have you begun any other lawsuits in state or federal court relating to
        your imprisonment?                                    ☐ Yes   ☒ No

B.      If your answer to "A" is YES, describe each lawsuit in the space below.  If
        there is more than one lawsuit, you must describe the additional lawsuits
        on another sheet of paper using the same outline.  <u>Failure to comply with
        this provision may result in summary denial of your complaint.</u>

1.      Parties to previous lawsuits:
        Plaintiff(s):
                                    *N/A*

        Defendant(s):
                                    *None*

2.      Court (if federal court, name of the district; if state court, name of
        the county):
                                    *N/A*

3.      Docket number:
                                    *None*

4.      Name of Judge to whom case was assigned:   *None*

5.      Type of case (for example: Was it a habeas corpus or civil rights
        action?):
                                    *N/A*

6.      Disposition of case (for example: Was the case dismissed?  Was it
        appealed?  Is it still pending?):
                                    *N/A*

7.      Approximate date of filing lawsuit:   *N/A*

8.      Approximate date of disposition:   *N/A*

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?                                      ☒ Yes    ☐ No

C.   If your answer is YES,
  1.   What steps did you take?
  wrote grievances, Sent to Springfield (no Answer) wrote Internal affairs - complaint

  2.   What was the result?
  nothing - denied

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                    ☐ Yes    ☐ No

F.   If your answer is YES,
  1.   What steps did you take?

  2.   What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:
  Copies of grievances Attached, Also complaint with Internal Affairs, And PREA

(Rev. 7/2010)                                   4

IV.   **STATEMENT OF CLAIM**

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

This is a 1983 Civil Action filed by plaintiff Hamilton Jones An inmate who at the time of the incidents was an inmate at Lawrenceville Correctional Center. This suit is Alleging 8th Amendment And 14th Amendment Violations as well as a Failure to protect. Also Deliberate Indifference to a Serious medical need.

This is under 42 U.S.C. 1983 And 42 U.S.C. 1988. The Jurisdiction of this court is conferred by U.S.C. 1331 And U.S.C. 1343

1. Defendant Wexford Healthcare Sources is Contracted through a budgeted bid with IDOC + Lawrenceville Correctional Center to provide inmates with medical care. Plaintiff Sues Wexford Healthcare in its official Capacity.

2. Defendant Dr. Coe is a doctor who is contracted by Lawrenceville Correctional And employed by Wexford Healthcare to provide inmates with medical care. Plaintiff Sues Dr. Coe in his official and individual Capacity.

3. Defendant Mrs. Lorie Cunningham is the Healthcare Unit Administrator at Lawrenceville Correctional employed by Wexford Healthcare to Approve or disapprove medical claims or needs of inmates at Lawrenceville Correctional. Plaintiff Sues Mrs. Cunningham in her official And individual Capacity.

4. Defendant Steve Duncan is the warden at Lawrenceville Correctional. plaintiff sues mr. Duncan in his individual capacity.

5. Defendant Rogerick Mattiks is the medical director for the Southern district of Illinois employed by and under contract by wexford Healthcare. plaintiff sues defendant Mattiks in his official and individual capacitys.

## Facts of Claim

In early January or Febuary, 2016 while at Lawrenceville Correctional I went to sick call and seen mrs. phillippe a nurse practioner about jock itch, and an abscess near my rectum. I was given an antibiotic and cream. on Febuary 2, 2016 I seen Dr. Coe who was seeing me for these problems. During an exam Dr. Coe stated," If you let me see your pecker, than maybe I could help". (this was the first inappropriate comment). Then upon seeing my buttocks stated"; you have no abscess", if you did you would not be able to sit" Also if I had something going on between my legs, I should stop humping on my celly". (this was the second inappropriate comment). I had informed mrs. phillippe I was not comfortable dealing

with Dr. Coe And that I wished to see James the physicans Assistant. I was refused where mrs. Phillippe stormed out informing the officer "I was done".

On 2-12-16 I called the PREA hotline to report the sexual harassing remarks made by Dr. Coe on 2-2-16 I was soon then interviewed by Jeffrey Molenhour who told me that Dr. Coe may have a strange sense of humor but does not think he desires me sexually. During the interview I stated that I was fearful of seeing Dr. Coe after reporting the comments. I was told by officer Jeffrey Molenhour I had no reason to fear revenge. Shortly after this date I was seen by a clinical psychiatrist or psychologist who stated "Dr. Coe was a strange duck".

On 2-19-16 I seen Dr. Coe Again for the jock itch and abscess I had. Dr. Coe stated for me to bend over and pull down my pants which I complied. Dr. Coe put on gloves and stated "let me grab my joy juice". (this was another inappropriate comment). Dr. Coe started squeezing this bump with one hand yet pushed fingers into my rectum. I jumped up and pulled my pants up. Dr. Coe asked "is that painful"? I said no but was unnecessary Again he had me pull down my pants and squeezed the bump and stated "it was getting smaller. I asked how? He said it may be draining. He Again tried putting his fingers into my rectum. At this time I said "this

is not necessary. DR. Coe then Asked About my Jock itch I stated "I have An odor, itch, and irritation. He looked At my Scrotum And simply Said "you have no fungal infection" And offered me cortisone. I Asked "then what is the problem in my groin AREA. At this time DR. Coe Called Security And had me removed. I spoke to a lieutenant who informed DR. Coe to treat me. DR. Coe said "I'm done with him. I then spoke to the lieutenant about what happened with DR. Coe. He said speak to your lieutenant when you get back to your housing. I reported the Situation to Counselor bare and Lt. Williams.

Now I seen ofc. Molenhour again after reporting this incident of the sexual assault. ofc. Molehour implied that I had Another motive for making this report. After the interview I was seen by the Warden Russ Goins who read the report yet Said I was seen by DR. Coe for a prostrate exam. I quickly interrupted stating what happened And I was not there for a prostrate exam.

ofc. Molenhour stated after interviews I had Asked for a specific medication, and was refused, that I became upset And was asked to leave by DR. Coe.

This is a lie!! I was sexually assaulted. I was not equally protected from this happening And my 8th Amendment rights to Cruel + unusual punishment were violated. I have exhausted all grievances, grievance counselors and Springfield IL Admin. Review Board

who has done nothing as usual.

As can be seen by Exhibit D-6 Attached All individuals who signed the P.R.E.A. Review Committee they are all employed at Lawrenceville Correctional. Wardens, officers, HCUA Administrator. So of course nobody will substantiate what happened with this doctor. This is the same as disdipinary trickets wrote by officers. Yet also heard by officers where everyone is guilty. I should of been protected from this from a doctor. I also have medical records showing I was not seen for any prostrate exam. I have experienced mental anguish and embarrassment from this incident. I could of been protected from this happening.

Wexford healthcare has a policy + custom of giving less than adequate treatment to inmates. this can be substantinted by their own Wexford Contract handbook. through "Cost Consideration".

V.   **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Due to the Constitutional violations And failure to Protect And Sexual Misconduct by these defendants plaintiff prays this Honorable Court finds in his favor for the amount of $250,000.⁰⁰. plaintiff sues the defendants in their individual And official capacitys.

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on: 10-7-16
            (date)

13423 E. 1150th Ave
      Street Address

Robinson IL 62454
      City, State, Zip

_____
Signature of Plaintiff

Hamilton Jones
      Printed Name

R66560
      Prisoner Register Number

_____
Signature of Attorney (if any)

(Rev. 7/2010)                         6

---

## CERTIFICATE OF SERVICE

I certify that a copy of this ___Civil 1983 Suit___ was mailed/delivered
(Name of Document)

to ___Clerk of the District Court___ on ___10-7-16___.
(Name and Address of Party/Attorney)                    (Date)

Southern District of Illinois
750 Missouri Ave
East St. Louis, IL
              62201

Signature

___Hamilton Jones___
Printed Name

---

12.     Do not write letters to judges or magistrate judges regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13.     You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

14.     You are under a continuing obligation to keep the clerk and each opposing party informed of any change in your location. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs. Failure to do so may result in dismissal of your case.

15.     Self-representation carries certain responsibilities and risks that a *pro se* litigant should know before proceeding. The court encourages all individuals who are thinking about self-representation to carefully review the risks associated with self-representation and to be aware of the potential consequences. Rule 11 of the Federal Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or filed merely to harass someone. If, after reviewing your complaint, a judge determines that you have filed a lawsuit for an improper or clearly unnecessary

Hamilton Jones/R66560
Robinson Correctional Center
13423 E 1150th Ave
Robinson, IL. 62454

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS DEPARTMENT
OF CORRECTIONS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M                    $ 01.61⁰
0004253532         MAR 07 2017
MAILED FROM ZIP CODE 62454

MAIL CLEARED
US MARSHALS

Legal Mail

Clerk of Court
United States District Court
Southern District of Illinois
~~xxxxxxxx~~ 750 Missouri Ave