# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAMILTON JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-258-SMY-RJD |
| | ) |
| DR. COE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Reona J. Daly (Doc. 33), recommending the granting of Defendant Dr. Coe's Motion for Sanctions (Doc. 32). No objections to the Report have been filed. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Daly's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff has failed to prosecute this action. The Court finds no clear error with Judge Daly's findings, analysis or conclusions, and **ADOPTS** her Report and Recommendation in its entirety. Accordingly, Defendant's Motion for Sanctions is **GRANTED** (Doc. 33) and this matter is **DISMISSED**

**WITH PREJUDICE**.  Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

**DATED:  February 4, 2019**

<u>s/ Staci M. Yandle</u>
**STACI M. YANDLE
United States District Judge**
